BEFORE THE FIRST DIVISION, OCTOBER 25, 1938

**No. 39695.**—Protest 813139–G of C. J. Tower & Sons (Buffalo).

457

Opinon by McClelland, P. J.   In accordance with stipulation of counsel and on the authority of *Laurence, Phillips Lumber Co.* v. *United States* (T. D. 49624) the claim for entry free of the tax under section 601 (c) (6) of the Revenue Act of 1932 was sustained.